**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAMALIEL CORDOVA-ORTIZ,<br><br>Defendant. | CASE NO.: 2:25-cr-26 |

**ORDER**

This matter is before the Court on Defendant's Motion for Authorization of Additional Funds for Expert Services Pursuant to 18 U.S.C. § 3006A(e). Doc. 36. The Motion states that the services of a Spanish interpreter are necessary to assist with representation in this case. Spanish speaking interpreter services are necessary to effectively communicate with the Defendant about the evidence produced in the discovery and the ability to assist counsel. After careful consideration, and for good cause shown, Defendant's Motion is **GRANTED**.

The Court finds that the services requested in Defendant's Motion are necessary for adequate representation in these circumstances, that Gamaliel Cordova-Ortiz is financially unable to obtain these services on his own, and, therefore, **CERTIFIES** that the funds sought by Mr. Cordova-Ortiz are necessary for adequate representation. Defendant Gamaliel Cordova-Ortiz is hereby authorized to spend additional funds in an amount of $540.00 for interpreter services for a Spanish interpreter in helping

Defendant and defense counsel with Spanish interpretation in this case.[1] Any additional funds sought by Defendant for services must be presented to the Court by written motion. In accordance with 18 U.S.C. § 3006A(e)(3), the funds will be released upon approval of the Chief Judge of the Circuit.

**SO ORDERED**, this 17th day of September, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

[1] Defendant must submit these charges for payment processing through the eVoucher system to ensure proper payment to the interpreter.